UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA DISTRICT COURT
WASHINGTON, DC

CASE NO.: 1:23-cv-03400

FOTOHAUS, LLC,

        Plaintiff,

v.

WASHINGTON INTERNATIONAL TRADE ASSOCIATION,

        Defendant,

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff, FOTOHAUS, LLC, by and through its undersigned counsel, brings this Complaint against Defendant, WASHINGTON INTERNATIONAL TRADE ASSOCIATION, for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff FOTOHAUS, LLC ("Fotohaus") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Fotohaus's original copyrighted Work of authorship.

2. Daniel Foster, owner and principal photographer of Fotohaus, has a history of taking highly unique, abstract architecture photographs that focus on lines and geometry. His works have been featured 18 times in the highly coveted "Explore" section of Flickr. More than 86,000 fans follow his work on Instagram. Foster is a member of the Royal Photographic Society and Professional Photographers of America. His work has been published online and offline through a variety of publications, including National Geographic, der Freitag, the World Wildlife Fund, and Smithsonian. Foster licenses his work commercially on a selective basis and is

currently working to establish himself as a fine art photographer. His prints are available for purchase through Saatchi Art.

3. Defendant Washington International Trade Association ("WITA") is a non-profit, non-partisan organization dedicated to providing a neutral forum for the open and robust discussion of international trade policy and related issues. WITA claims to be the largest membership organization for international trade professionals in the World, with a membership of over 5,000 individuals and groups. At all times relevant herein, WITA owned and operated the internet website located at the URL https://www.wita.org/ (the "Website").

4. Fotohaus alleges that Defendant copied Fotohaus's copyrighted Work from the internet in order to advertise, market, and promote its business activities. WITA committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of WITA's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in the District of Columbia.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, WITA engaged in infringement in this district, WITA resides in this district, and WITA is subject to personal jurisdiction in this district.

## DEFENDANT

9. Washington International Trade Association is a District of Columbia Not for Profit Organization, with its principal place of business at 1300 Pennsylvania Ave. NW, Ste.

350, and can be served by serving its Registered Agent, Elizabeth Bingham, at 1300 PA Ave. NW, Ste. 350, Washington, DC 20004.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2020, Foster created the photograph entitled "Coronavirus", which is shown below and referred to herein as the "Work".



11. Foster registered the Work with the Register of Copyrights on May 18, 2020, and was assigned registration number VA 2-208-783. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. Foster published the Work on March 29, 2020, by displaying it on his Flicker page at the URL https://www.flickr.com/photos/danielfoster/49654935967/ (the "Flickr Page"). At the time he published the Work on the Flickr Page and at all times thereafter, Foster, through Fotohaus, offered usage rights to the public through the Creative Commons CC By 2.0 license (the "CC License"), which allowed the public to share and adapt the Work provided that

appropriate attribution be made, including appropriate credit to Fotohaus, a link to the license, and a statement of whether any changes were made to the Work.[1]

13. The display of the Work on the Flickr Page also included copyright management information ("CMI") next to the Work in the form of Foster's name, copyright notice, and the link to the licensing terms (collectively the "Attributions").

14. Fotohaus's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets. The Work, in perspective, orientation, positioning, lighting, and other details, is entirely original, distinctive, and unique. As such, the Work qualifies as subject matter protectable under the Copyright Act.

15. At all relevant times Fotohaus was the owner of the copyrighted Work.

## INFRINGEMENT BY WITA

16. WITA has never been directly licensed to use the Work at issue in this action for any purpose.

17. On a date after the Work at issue in this action was created, but prior to the filing of this action, WITA copied the Work.

18. WITA copied the Work and displayed it without attribution, in violation of the CC License (i.e., without credit to Foster or Fotohaus, a link to the CC License, or a statement regarding any changes made to the Work).

19. On or about March 15, 2022, Fotohaus discovered the unauthorized use of its Work on the website at the following URL: https://www.wita.org/atp-research/covid-19-health/.

20. After WITA copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its business techniques.

---

[1] https://creativecommons.org/licenses/by-nc/2.0/

21. WITA copied and distributed Fotohaus's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting its business, and in the course and scope of advertising and selling products and services.

22. WITA committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

23. Fotohaus never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case, in any manner not authorized by the CC License.

24. Fotohaus notified WITA of the allegations set forth herein on March 21, 2022. Fotohaus received a reply letter from WITA's counsel on March 29, 2022, stating they had removed the image from the website, but did not offer any further resolution. To date, the parties have failed to resolve this matter.

25. When WITA copied and displayed the Work at issue in this case, WITA removed Fotohaus's copyright management information from the Work.

26. Fotohaus never gave WITA permission or authority to remove copyright management information from the Work at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

27. Fotohaus incorporates the allegations of paragraphs 1 through 26 of this Complaint as if fully set forth herein.

28. Fotohaus owns a valid copyright in the Work at issue in this case.

29. Fotohaus registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

30. WITA copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Fotohaus's authorization in violation of 17 U.S.C. § 501.

31. WITA performed the acts alleged in the course and scope of its business activities.

32. Defendant's acts were willful.

33. Fotohaus has been damaged.

34. The harm caused to Fotohaus has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

35. Fotohaus incorporates the allegations of paragraphs 1 through 34 of this Complaint as if fully set forth herein.

36. The Work contains copyright management information ("CMI") in the form of Attributions on the Flickr Page.

37. WITA knowingly and with the intent to enable, conceal, or facilitate copyright infringement, displayed the Work on the Website without any of the Attributions in violation of 17 U.S.C. § 1202(b).

38. WITA distributed the Work on its Website knowing that the CMI had been removed or altered without authority of the copyright owner.

39. WITA committed these acts knowing or having reasonable grounds to know that it would induce, enable, facilitate or conceal infringement of Fotohaus's rights in the Work.

40. WITA caused, directed, and authorized others to commit these acts knowing or having reasonable grounds to know that it wwould induce, enable, facilitate or conceal infringement of Fotohaus's rights in the Work at issue in this action protected under the Copyright Act.

41. As a result, Fotohaus has been damaged.

42. The harm caused to Fotohaus has been irreparable.

**WHEREFORE,** the Plaintiff FOTOHAUS, LLC prays for judgment against the Defendant WASHINGTON INTERNATIONAL TRADE ASSOCIATION that:

a. WITA and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501 and 1202;

b. WITA be required to pay Fotohaus its actual damages and Defendant's profits attributable to the infringement, or, at Fotohaus's election, statutory damages, as provided in 17 U.S.C. §§ 501 and 1203;

c. Fotohaus be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Fotohaus be awarded pre- and post-judgment interest; and

e. Fotohaus be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Fotohaus hereby demands a trial by jury of all issues so triable.

DATED: November 13, 2023         Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
joel@sriplaw.com
*/s/ Faith Beckworth*
FAITH BECKWORTH
faith.beckworth@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 - Facsimile
*Counsel for Plaintiff Fotohaus, LLC*