**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA DISTRICT COURT**
**WASHINGTON, DC**

**CASE NO.: 1:23-CV-03400**

FOTOHAUS, LLC,

        Plaintiff,

v.

WASHINGTON INTERNATIONAL TRADE ASSOCIATION,

        Defendant,

**NOTICE OF SETTLEMENT**

Plaintiff FOTOHAUS, LLC, by and through its undersigned counsel, hereby notifies the Court that the parties have reached a settlement and requests until January 6, 2024, in which to file a Stipulation of Dismissal.

Dated: December 7, 2023                    Respectfully submitted,

        */s/ Joel B. Rothman*
        JOEL B. ROTHMAN
        joel@sriplaw.com
        */s/ Faith Beckworth*
        FAITH BECKWORTH
        faith.beckworth@sriplaw.com

        **SRIPLAW, P.A.**
        21301 Powerline Road
        Suite 100
        Boca Raton, FL 33433
        561.404.4350 – Telephone
        561.404.4353 – Facsimile

        *Counsel for Plaintiff Fotohaus, LLC*